IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ERUNTA KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 322-059 |
| WARDEN ANTOINE CALDWELL; DEPARTMENT OF CORRECTIONS; SGT. SCOTT; CERT OFFICER E GREEN; DEPUTY WARDEN EDREGINALD GIBBONS; COUNTY OF JOHNSON; and OFFICER, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Caldwell, Department of Corrections, County of Johnson, and Officer, as well as any official capacity claims for monetary damages against Defendants Scott, Green, and Gibbons. The case shall proceed against Defendants Scott, Green, and Gibbons as described in the Magistrate Judge's September 14, 2022 Order. (Doc. no. 21.)

SO ORDERED this 7th day of October 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE