AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| ERUNTA KENNEDY ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:22CV059 |
| TRENDOWSKI SCOTT, EDGINALD GIBBONS, DANIEL GREENE ) | |
| *Defendants* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendants *(name)* Trendowski Scott, Edginald Gibbons, Daniel Greene recover costs from the plaintiff *(name)* Erunta Kennedy.

☐ **other:**

This action was *(check one)*:

☑ **tried by a jury with Judge** BRIAN K. EPPS presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for

Date: 3/5/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*